**Order filed December 18, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00567-CV
_____

## R & G TRANSPORTATION INC., GLASHANDA LEWIS AND RICKY BERNARD, Appellants

### V.

## FLEETCOR TECHNOLOGIES OPERTATING COMPANY LLC, Appellee

**On Appeal from the Co Civil Ct at Law No 3
Harris County, Texas
Trial Court Cause No. 1072979**

## O R D E R

Appellant's brief was due November 26, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 2, 2019**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM